```
                                              FILED
                                          08 JUL 29 AM 11:42
                                        CLERK, U.S. DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                        BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2508 DMS |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 8, U.S.C., Secs. 1326(a) |
| ALEJANDRO NIEBLA-LEON, ) | and (b) - Deported Alien Found |
| ) | in the United States |
| Defendant. ) | |

The grand jury charges:

On or about July 14, 2008, within the Southern District of California, defendant ALEJANDRO NIEBLA-LEON, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

FAS:nlv:San Diego
7/28/08

It is further alleged that defendant ALEJANDRO NIEBLA-LEON was removed from the United States subsequent to April 11, 2002.

DATED: July 29, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]* for
FRED SHEPPARD
Assistant U.S. Attorney

2